UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PATRICIA KELLY,

                      Plaintiff,

    -against-

COVIDIEN, INC.,

                      Defendant.

------------------------------------- x

ORDER

19 Civ. 5497 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's oral argument, Defendant's motion to dismiss, (ECF No. 5), is GRANTED, without prejudice to Plaintiff's application to amend. The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
       January 7, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge