**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

PATRICIA KELLY,

                 Plaintiff,

-against-

COVIDIEN, INC.,

                 Defendant.

-----------------------------------------------------------X

19 **CIVIL** 5497 (GBD)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 7, 2020, Defendant's motion to dismiss, (ECF No. 5), is GRANTED, without prejudice to Plaintiff's application to amend.

**Dated:** New York, New York
         January 8, 2020

                                     **RUBY J. KRAJICK**

                                     **Clerk of Court**

               **BY:**

                                       **Deputy Clerk**