UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
PATRICIA KELLY,

                Plaintiff,

    -against-

COVIDIEN, INC.,

                Defendant.
------------------------------------------------------------ x

<u>ORDER</u>

19 Civ. 5497 (GBD)

GEORGE B. DANIELS, United States District Judge:

On March 9, 2020, this Court ordered Plaintiff's counsel to inform this Court within 45 days whether this deceased Plaintiff's next of kin intends to proceed with this action. Forty-five days have elapsed and Plaintiff's counsel has not informed this Court that Plaintiff's next of kin intends to continue with this action. Accordingly, the Clerk of Court is directed to close the above-captioned action.

Dated: New York, New York
       April 30, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge